**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMEN ARAKELYAN, | No. 13-71624 |
| Petitioner, | Agency No. A071-109-588 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 14, 2015[**]

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Armen Arakelyan, a native and citizen of Armenia, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. §

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1252; *see Alphonsus v. Holder*, 705 F.3d 1031, 1036-37 (9th Cir. 2013). We review for substantial evidence the agency's factual findings. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008). We deny the petition for review.

Arakelyan claims a fear of torture based on his failure to register for military service, general corruption and prison conditions, and his vengeful co-defendant from a prior criminal case. Substantial evidence supports the agency's conclusion that, considering the likelihood of harm from these sources individually or in the aggregate, Arakelyan did not establish it is more likely than not he would be tortured by or with the consent or acquiescence of the government if returned to Armenia. *See id*. at 1073; *see also Zheng v. Holder*, 644 F.3d 829, 835-86 (9th Cir. 2011) (speculative claim did not compel CAT relief); *Arteaga v. Mukasey*, 511 F.3d 940, 948-49 (9th Cir. 2007) (record did not compel a finding of government acquiescence to torture).

**PETITION FOR REVIEW DENIED.**